UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD LEE ROGERS,

        Petitioner,

vs.                               Case No. 3:02-cv-1079-J-32MMH

JAMES V. CROSBY, JR., et al.,

        Respondents.

## ORDER

This cause is before the Court on Petitioner's April 12, 2005, Motion for Voluntary Dismissal with Prejudice of Petition for Writ of Habeas Corpus (Doc. #40). Respondents filed their Memorandum in Response to Motion for Voluntary Dismissal with Prejudice of Petition for Writ of Habeas Corpus (Doc. #42) on May 10, 2005.

Upon due consideration thereof, it is now

**ORDERED:**

1. Petitioner's April 12, 2005, Motion for Voluntary Dismissal with Prejudice of Petition for Writ of Habeas Corpus (Doc. #40) is **GRANTED**.

2. This case is **DISMISSED** with prejudice.

3. The Clerk of the Court shall enter judgment dismissing this case with prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of May, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

ps 5/11
c:
Ass't Federal Public Defender Lisa Call
Ass't Attorney General Thomas D. Winokur